JERRY MAROULES, ESQ.
LEANZA, AGRAPIDIS & MAROULES, P.C.
777 Terrace Avenue, Suite 504
Hasbrouck Heights, New Jersey 07604
(201)288-0500
ATTORNEYS FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| Katherine Disla, | : |
| | : CIVIL ACTION |
| | : |
| Plaintiff, | : CASE NO:   CV-033550-MCA-SCM |
| | : |
| V. | : |
| | : |
| Robert Shawn Roach, | : |
| 25087 Boling Lane | : |
| Rhoadesville, Virginia 22542 | : |
| Intertrans Carrier Company, | : |
| 11499 Intertrans Lane | : |
| PO Box 650 | : |
| Gordonsville, Virginia 22942 | : |
| AND JOHN DOE I-III, | : |
| | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed with prejudice as to claims of plaintiff as to the above named defendants and without costs against either party.

DATED:      August 29, 2017

LEANZA, AGRAPIDIS & MAROULES, PC

BY: *(signed)* JERRY MAROULES, ESQ.
Attorneys for Plaintiff

LAW OFFICES OF VISCOMI & LYONS

BY: *(signed)* MARIO C. COLITTI, ESQ.
Attorneys for Defendants

10/10/17   SO ORDERED

*(signed)*

Madeline Cox Arleo, U.S.D.J.